# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| DAVID J. SALAZAR, | Cause No. CV 18-79-BLG-SPW |
| Plaintiff, | |
| vs. | **ORDER GRANTING EXTENSION OF MOTIONS DEADLINES** |
| DONALD P. ROTH, JR. and KNITNEY LINES, INC., | |
| Defendants. | |

Pursuant to the parties' Stipulation for Extension of Motions Deadlines (Doc. 14) and for good cause being shown,

IT IS HEREBY ORDERED the Motions deadline currently set for March 29, 2019, is hereby extended to **May 13, 2019**. The remaining deadlines in the Court's Scheduling Order (Doc. 11) of June 27, 2018 shall remain in effect.

The Clerk is directed to notify counsel of the making of this Order.

DATED this 1st day of March, 2019.

SUSAN P. WATTERS
U.S. District Court Judge

1