

APR 2 5 2019

Clerk, U S District Court
District Of Montana
Billings

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MONTANA**
**BILLINGS DIVISION**

DAVID J. SALAZAR,

Plaintiff,

vs.

DONALD P. ROTH, JR. and KNITNEY LINES, INC.,

Defendants.

Cause No. CV 18-79-BLG-SPW

**ORDER OF DISMISSAL WITH PREJUDICE**

Pursuant to the parties' Stipulation for Dismissal With Prejudice (Doc. 16), and for good cause shown;

IT IS HEREBY ORDERED the above-entitled cause of action is hereby **DISMISSED WITH PREJUDICE** as having been fully settled on its merits. Each party shall bear their own costs and attorney's fees.

DATED this 25th day of April, 2019.

Susan P. Watters
SUSAN P. WATTERS
U.S. District Court Judge